UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on February 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Alice R. Cutliff

| | |
|---|---|
| Case No.: | 20-23328 |
| Hearing Date: | 02/23/2021 |
| Judge: | Sherwood |
| Chapter: | 7 |

## ORDER ON REAFFIRMATION AGREEMENT

The relief set forth on the following page is **ORDERED**.

**DATED: February 24, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

The Debtor(s) having filed a motion for approval of the reaffirmation agreement dated _____01/25/2021_____ made between the debtor(s) and _____

_Santander Consumer, USA_____, and the Court having held the hearing required by 11 U.S.C. § 524(d) on notice to the debtor(s) and the creditor on _____02/23/2021_____, it is hereby ORDERED that:

- ☒ The Court GRANTS the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

- ☒ The Court GRANTS the debtor's motion under 11 U.S.C. § 524(k)(8) and approves the reaffirmation agreement described above.

- ❏ The Court does not approve the reaffirmation agreement under 11 U.S.C. § 524(m).

- ❏ The Court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

- ❏ The Court denied the reaffirmation agreement for lack of prosecution.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 20-23328-JKS
Alice R. Cutliff                                                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                          Page 1 of 1
Date Rcvd: Feb 24, 2021                           Form ID: pdf903                                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alice R. Cutliff, 119 Pineview Terrace, Plainfield, NJ 07062-1505 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Wolff | dwtrustee@verizon.net  NJ50@ecfcbis.com |
| David Wolff | on behalf of Trustee David Wolff dwtrustee@verizon.net |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kirsten B. Ennis | on behalf of Debtor Alice R. Cutliff pacerecf@ennislegal.com  r53278@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5