UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF DAVID WOLFF LLC
Attorneys for Trustee
396 Route 34
Matawan, New Jersey  07747
(732) 566-1189
DW/3331

Order Filed on March 18, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALICE R. CUTLIFF,

Debtor.

Case No.:        20-23328-JKS

Judge:           John K. Sherwood

Chapter:               7

| Recommended Local Form: | ☐ Followed | ☑ Modified |
|---|---|---|

## ORDER AUTHORIZING RETENTION OF  REALTOR

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 18, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

In re: Alice R. Cutliff

Case No.: 20-23328-JKS

Applicant: David Wolff

(check all that apply) ☑ Trustee: ☑ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Weichert Realty

Address of Professional: 791 Passaic Avenue

Clifton, NJ 07012

(973) 816-7575

(973) 689-9554 fax

☐ Attorney for (check all that apply):

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☑ Other Professional:

☑ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2.     Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor, with a maximum commission of five percent (5%) of the purchase price on the Plainfield, New Jersey property.

3.     The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*