UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF DAVID WOLFF LLC
Attorneys for Trustee
396 Route 34
Matawan, New Jersey  07747
(732) 566-1189
DW/3331

Order Filed on March 18, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALICE R. CUTLIFF,

Debtor.

Case No.:   20-23328-JKS

Judge:   John K. Sherwood

Chapter:   7

Recommended Local Form:   ☐ Followed   ☑ Modified

## ORDER AUTHORIZING RETENTION OF  REALTOR

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: March 18, 2021

Honorable John K. Sherwood
United States Bankruptcy Court

In re:     Alice R. Cutliff

Case No.:     20-23328-JKS

Applicant:     David Wolff

(check all that apply) ☒ Trustee: ☒ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:     Weichert Realty

Address of Professional:     791 Passaic Avenue

Clifton, NJ 07012

(973) 816-7575

(973) 689-9554 fax

☐ Attorney for (check all that apply):

    ☐ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Accountant for:

    ☐ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☒ Other Professional:

    ☒ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

    ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor, with a maximum commission of five percent (5%) of the purchase price on the Plainfield, New Jersey property.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court

District of New Jersey

In re:  
Alice R. Cutliff  
Debtor

Case No. 20-23328-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1  
Date Rcvd: Mar 18, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

**Recip ID     Recipient Name and Address**  
db     + Alice R. Cutliff, 119 Pineview Terrace, Plainfield, NJ 07062-1505

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:

**Name     Email Address**

David Wolff  
    dwtrustee@verizon.net  NJ50@ecfcbis.com

David Wolff  
    on behalf of Trustee David Wolff dwtrustee@verizon.net

Denise E. Carlon  
    on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kirsten B. Ennis  
    on behalf of Debtor Alice R. Cutliff pacerecf@ennislegal.com  r53278@notify.bestcase.com

U.S. Trustee  
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5