**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. 9004-1(b)
**KIRSTEN B. ENNIS, LLC**
50 Division Street, Suite 102
Somerville, NJ 08876
(908) 713-0345
allmail@ennislegal.com

**Kirsten B. Ennis, Esq. (KE7927)**
Attorney for Alice Cutliff, Debtor(s)

Case No.: 20-23328

Chapter 7

Judge: Hon. John K. Sherwood

In re:

      Alice Cutliff, Debtor(s)

**WITHDRAWAL OF the A/B, C, Summary of Schedules, Other Schedules re: Declaration
About an Individual Debtor's Schedules**

     **PLEASE TAKE NOTICE** that the above-named debtors, hereby withdraw the A/B, C,

Summary of Schedules, Other Schedules re: Declaration About an Individual Debtor's Schedules

(Doc 33).

                      KIRSTEN B. ENNIS, LLC

Dated: August 26, 2021          /s/ Kirsten B. Ennis
                       Kirsten B. Ennis Attorney for Debtor