UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF DAVID WOLFF LLC
Attorneys for Trustee
396 Route 34
Matawan, New Jersey  07747
(732) 566-1189
DW/3331

Order Filed on September 13, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALICE R. CUTLIFF,

Debtor.

Case No.: 20-23328-JKS

Judge: John K. Sherwood

Chapter: 7

Recommended Local Form:   ☑ Followed    ☐ Modified

## ORDER AUTHORIZING RETENTION OF ACCOUNTANT

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 13, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

In re: Alice R. Cutliff

Case No.: 20-23328-JKS

Applicant: David Wolff

(check all that apply)  ☑ Trustee:  ☑ Chap. 7  ☐ Chap. 11  ☐ Chap. 13.

☐ Debtor:  ☐ Chap. 11  ☐ Chap. 13

☐ Official Committee of _____

Name of Professional: Bederson LLP

Address of Professional: 347 Mt. Pleasant Avenue

West Orange, New Jersey 07052

(973) 736-3333

(973) 736-9219 fax

☐ Attorney for (check all that apply):

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☑ Accountant for:

☑ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2.  Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.  The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*