| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>LAW OFFICES OF DAVID WOLFF LLC<br>Attorneys for Trustee<br>396 Route 34<br>Matawan, New Jersey  07747<br>(732) 566-1189<br>DW/3331 | Order Filed on September 13, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>  ALICE R. CUTLIFF,<br><br>                                   Debtor. | Case No.:     20-23328-JKS<br>Judge:     John K. Sherwood<br>Chapter:     7 |

| |
|---|
| Recommended Local Form:     ☑ Followed     ☐ Modified |

## ORDER AUTHORIZING RETENTION OF  ACCOUNTANT

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 13, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

In re:     Alice R. Cutliff

Case No.:     20-23328-JKS

Applicant:     David Wolff

(check all that apply) ☑ Trustee: ☑ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:     Bederson LLP

Address of Professional:     347 Mt. Pleasant Avenue

West Orange, New Jersey 07052

(973) 736-3333

(973) 736-9219 fax

☐ Attorney for (check all that apply):

     ☐ Trustee    ☐ Debtor-in-Possession

     ☐ Official Committee of _____

☑ Accountant for:

     ☑ Trustee    ☐ Debtor-in-Possession

     ☐ Official Committee of _____

☐ Other Professional:

     ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

     ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.     The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23328-JKS |
| Alice R. Cutliff | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 14, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

**Recip ID        Recipient Name and Address**
db                #+  Alice R. Cutliff, 119 Pineview Terrace, Plainfield, NJ 07062-1505

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:

**Name            Email Address**

David Wolff
                dwtrustee@verizon.net  NJ50@ecfcbis.com

David Wolff
                on behalf of Trustee David Wolff dwtrustee@verizon.net

Denise E. Carlon
                on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kirsten B. Ennis
                on behalf of Debtor Alice R. Cutliff pacerecf@ennislegal.com  r53278@notify.bestcase.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Sep 14, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 5