UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

0 Division Street, Suite 102
Somerville, NJ 08876
(908) 713-0345
mail@ennislegal.com

Kirsten B. Ennis, Esq. (KE7927)
Attorney for Alice R. Cutliff, Debtor(s)

Case No.: 20-23328

Chapter: 7

In Re:

Alice R. Cutliff , Debtor(s)

Adv. No.: n/a

Hearing Date: n/a

Judge: John K. Sherwood

## CERTIFICATION OF SERVICE

1. I, _____Liesa Gubista_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____Kirsten B. Ennis_____, who represents _____Alice R. Cuttliff_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____HNovember 11, 2021_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Debtor's Brief in Support of her Objection to Trustee's Request for Compensation
   Certification of Kirsten B. Ennis, Esq.
   Order
   Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 11, 2021

/s/ Liesa Gubista
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee's Office<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee's | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*