UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

BEDERSON, LLP
347 MT PLEASANT AVENUE – SUITE 200
WEST ORANGE, NJ 07052

Order Filed on November 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALICE R. CUTLIFF
    DEBTOR

Case No.: 20-23328 (JKS)

Hearing Date:

Judge: John K. Sherwood

Chapter 7

**ORDER GRANTING ALLOWANCES**

The relief set forth on the following page is hereby **ORDERED**.

DATED: November 16, 2021

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| BEDERSON LLP | $4,978.00 | $42.96 |