| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**LAW OFFICES OF DAVID WOLFF LLC**<br>**Attorneys for Trustee**<br>396 Route 34<br>Matawan, NJ 07747 | Order Filed on November 28, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**ALICE R. CUTLIFF,**<br><br>                              Debtor. | Case No.:          20-23328-JKS<br><br>Hearing Date:   11/18/2021 @ 10:00 a.m.<br><br>Judge:              Hon. John K. Sherwood<br><br>Chapter:                    7 |

## ORDER GRANTING FINAL ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: November 28, 2021**

2

The Chapter 7 Trustee's counsel, the Law Offices of David Wolff LLC, having filed an Application for Compensation (Docket Entry #40);

**AND** Debtor, by and through her counsel, having filed an Objection to the Application for Compensation (Docket Entry #43);

**AND** The Law Offices of David Wolff LLC having filed an Exhibit (Docket Entry #44) in support of the Application for Compensation and a response to the Debtor's Objection (Docket Entry #46);

**AND** the Court having held a hearing on the matter on November 23, 2021, it is hereby **ORDERED** that the Law Offices of David Wollf LLC, as counsel to the Chapter 7 Trustee, is awarded fees in the amount of $30,305.00 and expenses in the amount of $572.93.