| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. 9004-2(c)<br>**KIRSTEN B. ENNIS, LLC**<br>50 Division Street, Suite 102<br>Somerville, NJ 08876<br>(908) 713-0345<br>mail@ennislegal.com<br><br>**Kirsten B. Ennis, Esq. (KE7927)**<br>Attorney for Alice R. Cutliff  Debtor(s) | |
| In re:<br><br>   Alice R. Cutliff,  Debtor(s) | Case No.: 20- 23328- JKS<br><br>Chapter 7<br><br>Judge: Hon. John K. Sherwood |

## NOTICE OF APPEAL

Alice Cutliff, Debtor, appeals under 28 U.S.C. Section 158(a) and (b) from the Order Granting Final Allowances in this Chapter 7 Proceeding by on the  Hon. John K. Sherwood on November 29, 2021.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

> David Wolff, Esq.
> Law Office of David Wolff LLC
> 396 Rt 34
> Matawan,  NJ 07747
> Ph:   732-566-1189
> Chapter 7,  Trustee

.                                                                       KIRSTEN B. ENNIS, LLC

Dated:  December 13, 2021            */s/ Kirsten B. Ennis*
                                                           Kirsten B. Ennis Attorney for Debtor(s)

**If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, with the time provided in 28 U.S.C. ∋ 158(c), to have the appeal heard by the district court.**