**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. 9004-2(c)
**KIRSTEN B. ENNIS, LLC**
50 Division Street, Suite 102
Somerville, NJ 08876
(908) 713-0345
mail@ennislegal.com

**Kirsten B. Ennis, Esq. (KE7927)**
Attorney for Debtor(s)

In re:

    Alice Cutliff, Debtor(s)

Case No.: 20-23328

Chapter 13

Judge: Hon. John K. Sherwood

**WITHDRAWAL OF APPLICATION FOR AN ORDER EXTENDING TIME TO FILE
DESIGNATION OF RECORD AND STATEMENT OF ISSUES**

**PLEASE TAKE NOTICE** that the above named debtors, hereby withdraw the Application for Order Extending Time to File Designation of Record and Statement of Issues (Doc 58).

    KIRSTEN B. ENNIS, LLC

Dated: January 19, 2022    /s/ Kirsten B. Ennis
    Kirsten B. Ennis Attorney for Debtor