Form 192 − aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−23328−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alice R. Cutliff
   605 Hubbard Ave.
   Second Floor
   Union, NJ 07083

Social Security No.:
   xxx−xx−3179

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable John K. Sherwood on:

DATE:         March 17, 2022
TIME:         10:00 AM
LOCATION:     Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:          $435,000.00
TOTAL DISBURSEMENTS:     $275,978.13
BALANCE ON HAND:         $159,021.87

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
David Wolff, Trustee

COMMISSION OR FEES
$23,245.78

EXPENSES
$31.02

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: January 31, 2022
JAN: lc

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 20-23328-JKS
Alice R. Cutliff    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Jan 31, 2022    Form ID: 192    Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alice R. Cutliff, 605 Hubbard Ave., Second Floor, Union, NJ 07083-9032 |
| aty | + | Law Offices of David Wolff LLC, 396 Route 34, Matawan, NJ 07747-7116 |
| acc | + | Bederson LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| cr | + | Santander Bank, N.A., 2860 Patton Rd, Roseville, MN 55113-1100 |
| r | + | Weichert Realty, 791 Passaic Avenue, Clifton, NJ 07012-2803 |
| 519040661 | + | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519124340 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519040662 | + | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519040663 | + | CareCentrix, PO Box 7780, London, KY 40742-7780 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 31 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 31 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519161521 | | Email/PDF: bncnotices@becket-lee.com | Jan 31 2022 21:03:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519040660 | + | Email/PDF: bncnotices@becket-lee.com | Jan 31 2022 21:04:36 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519040664 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 31 2022 20:41:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 519040665 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 31 2022 20:41:00 | Santander Consumer/gol, Po Box 961211, Fort Worth, TX 76161-0211 |
| 519120343 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 31 2022 20:41:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519041380 | | Rejeah Cutliff |
| r | *+ | Weichert Realty, 791 Passaic Avenue, Clifton, NJ 07012-2803 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 31, 2022 | Form ID: 192 | Total Noticed: 16

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2022 at the address(es) listed below:**

**Name** | **Email Address**

David Wolff
dwtrustee@verizon.net  NJ50@ecfcbis.com

David Wolff
on behalf of Trustee David Wolff dwtrustee@verizon.net

David Wolff
on behalf of Attorney Law Offices of David Wolff LLC dwtrustee@verizon.net

Denise E. Carlon
on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kirsten B. Ennis
on behalf of Debtor Alice R. Cutliff pacerecf@ennislegal.com  r53278@notify.bestcase.com,kennis@jubileebk.net

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6