---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. 9004-2(c)
**KIRSTEN B. ENNIS, LLC**
50 Division Street, Suite 102
Somerville, NJ 08876
(908) 713-0345
mail@ennislegal.com

**Kirsten B. Ennis, Esq. (KE7927)**
Attorney for Alice R. Cutliff, Debtor(s)

Civil No.: 21-cv-20460

Hon. John M. Vazquez

In re:

    Alice R. Cutliff, Debtor(s)

Case No.: 20- 23328- JKS

Chapter 7

Judge: Hon. John K. Sherwood

## NOTICE OF DISMISSAL

    **COME NOW** the above-named debtor(s), by and through his/her attorney of record in this case, Kirsten B. Ennis, hereby request the Clerk to Dissmiss the Appeal filed December 13, 2021 Document No. 1. Debtor hereby releases the Trustee, David Wolff from all requirements of the aforementioned Appeal.

KIRSTEN B. ENNIS, LLC

Dated: January 25, 2022

/s/ Kirsten B. Ennis
Kirsten B. Ennis, Esquire
Attorney for the Debtor

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 2/8/2022