| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>DAVID WOLFF<br>396 ROUTE 34<br>MATAWAN, NJ  07747<br>Chapter 7 Trustee | Order Filed on March 23, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CUTLIFF, ALICE R.<br><br>                                    Debtor. | Case No.: 20-23328-JKS<br><br>Judge: JOHN K. SHERWOOD |

# ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 23, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: CUTLIFF, ALICE R.
Case No.: 20-23328-JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $ 23,245.78 is reasonable compensation for the services in this case by DAVID WOLFF, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $ 31.02 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                              Case No. 20-23328-JKS
Alice R. Cutliff                                                                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                  User: admin                  Page 1 of 2
Date Rcvd: Mar 24, 2022          Form ID: pdf903          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alice R. Cutliff, 605 Hubbard Ave., Second Floor, Union, NJ 07083-9032 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2022              Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Wolff | dwtrustee@verizon.net  NJ50@ecfcbis.com |
| David Wolff | on behalf of Trustee David Wolff dwtrustee@verizon.net |
| David Wolff | on behalf of Attorney Law Offices of David Wolff LLC dwtrustee@verizon.net |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kirsten B. Ennis | on behalf of Debtor Alice R. Cutliff pacerecf@ennislegal.com  r53278@notify.bestcase.com,kennis@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 24, 2022 | Form ID: pdf903 | Total Noticed: 1

TOTAL: 6